■ JOHANNES WILK, Appellant, v ELEANOR WILK, Respondent. [639 NYS2d 946]

The Supreme Court did not improvidently exercise its discretion in denying the defendant's cross motion to vacate his default (cf., Otto v Otto, 150 AD2d 57, 58). Rosenblatt, J. P., O'Brien, Ritter and Goldstein, JJ., concur.